UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORETTA SIMO LOVE MONK,<br><br>　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>　　Defendants. | Case No. 2:25-cv-03517-SB-JC<br><br>ORDER TO SHOW CAUSE |

　　Defendants' pending motion to dismiss states that Plaintiff failed to respond to defense counsel's meet-and-confer correspondence, necessitating the filing of the motion. Dkt. No. 9 at 2. Plaintiff's failure to engage in the meet-and-confer process violates Local Rule 7-3 and frustrates its purpose—namely, to ensure that the parties meaningfully discuss all disputes and attempt to resolve or narrow the issues that require judicial intervention. *See* L.R. 7-3 (requiring parties to discuss the substance of any contemplated motion). Plaintiff is ordered to show cause, in writing, by 12 p.m. on May 9, 2025, why the Court should not sanction Plaintiff and her counsel under Local Rule 83-7. *See* L.R. 83-7 (authorizing sanctions for failing to comply with local rules). In the written response to the order to show cause (OSC), Plaintiff's counsel shall state whether he has ever been sanctioned by any court or agency or been the subject of an OSC for failing to follow any court rule or order.

　　If Plaintiff intends to prosecute this case, the parties are ordered to meet and confer promptly in person or by videoconference and no later than 12 p.m. on May 9, 2025, to file a joint status report addressing: (1) whether Plaintiff is able to improve upon the complaint and seeks leave to file an amended pleading to avoid further delay; and (2) if Plaintiff cannot improve on the complaint, whether the Court should strike the motion and order Defendants to refile their motion after the parties have thoroughly met and conferred to attempt to resolve or narrow their

disputes. Plaintiff's failure to timely file both a response to the Court's OSC and a joint report as ordered will be deemed consent to the dismissal of this action without prejudice for lack of prosecution.

Date: May 6, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge