JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORETTA SIMO LOVE MONK,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>    Defendants. | Case No. 2:25-cv-03517-SB-JC<br><br>ORDER OF DISMISSAL |

    The remaining parties to this case filed a notice of settlement of the entire case on November 25, 2025. Plaintiff's remaining claims are therefore dismissed without prejudice. For 90 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the claims nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal of these claims will convert to a dismissal with prejudice on the 91st day, absent a timely motion to vacate and reopen. If the claims are reopened, the parties should be prepared for an expedited trial schedule.

    The Court expects the parties to finalize their settlement or else move to reopen the claims for prosecution within the next 90 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit **at least seven days before the deadline** a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: December 1, 2025

                                                                             Stanley Blumenfeld, Jr.
                                                                          United States District Judge